# Arrington v. The State.

## Violating Prohibition Law.

(Decided February 9, 1915.   67 South. 620.)

*Appeal and Error; Record; Judgment to Support.*—Where there is nothing in the record to show that a defendant has ever been tried; except the bill of exceptions, and no judgment of conviction appears therein, there is nothing to sustain the appeal, and it will be dismissed.

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

Jim Arrington was convicted of violating the prohibition law, and he appeals. Appeal dismissed.

H. L. MARTIN, for appellant. Counsel discuss the errors assigned, with the insistence that a reversal should follow, but cites no authority.

W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State. There is no judgmnt of conviction in the record, and therefore nothing on which to base an appeal.—*Allen v. The State,* 141 Ala. 35.

BROWN, J.—All the record in this case shows is the organization of the court, the indictment, writ of arrest, appeal bond, bill of exceptions, and appearance bond. There is nothing except the bill of exceptions to show that the appellant has ever been tried. In short, the record does not show a judgment of conviction, which is necessary to support an appeal.—*Allen v. State.* 141 Ala. 35, 37 South. 393.

The appeal must therefore be dismissed.

Appeal dismissed.